1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **ARTOUR MINASIAN,** | ) | **NO. CV 09-1023-TJH(CT)** |
| | ) | |
| **Petitioner,** | ) | **JUDGMENT** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **MARK FILIP, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |
| _____ | ) | |

Pursuant to the concurrently filed Memorandum and Order, IT IS HEREBY ADJUDGED THAT the petition is denied and dismissed.


DATED: March 27, 2009

TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE